UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

                                            :

    - v. -                                  :    **STIPULATION**

                                            :    03 Cr. 645 (JSR)

WALED ALNEHMI,                              :

                                            :

                                            :

                Defendant.                  :

                                            :

- - - - - - - - - - - - - - - - - - X

        IT IS HEREBY STIPULATED AND AGREED by and between the
United States of America, by Audrey Strauss, United States Attorney
for the Southern District of New York, Andrew Jones, Assistant
United States Attorney, of counsel; the United States Probation
Office for the Southern District of New York, by Kevin R. Mulcahy,
Supervisory U.S. Probation Officer; and Waled Alnehmi, the
defendant, by and through the consent of his attorney, Julie
Goldberg, Esq., that:

        1. The petition filed with the Court on or about May
15, 2006 that alleged four violations of supervised release is

withdrawn, and the Government moves to dismiss any open specifications.

2. The parties jointly move to cancel the status conference scheduled for June 2, 2021.

Dated:    New York, New York
          June 1, 2021

                                        AUDREY STRAUSS
                                        United States Attorney
                                        Southern District of New York

                                    By: _____
                                        Andrew Jones
                                        Assistant United States Attorney
                                        Southern District of New York
                                        (212) 637-2249

                                        _Kevin R. Mulcahy_
                                    By: _____
                                        Kevin R. Mulcahy
                                        Supervisory U.S. Probation Officer
                                        Southern District of New York

                                    By: _____
                                        Julie Goldberg, Esq.
                                        Attorney for Waled Alnehmi

          SO ORDERED
          _____
                 USDJ
               6-2-21

2